IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____ 09CV02205      *BnB*

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 5 2009

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

KAMAL K. K. ROY,

        Plaintiff,

v.

[NO DEFENDANT NAMED],

        Defendant.

_____

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

_____

        Plaintiff has submitted a confusing document that he apparently intends to be
filed as a pleading in a new civil rights action. Plaintiff has failed either to pay the
$350.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis*. As
part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined
that the document is deficient as described in this order. Notwithstanding the
deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff
will be directed to cure the following if he wishes to pursue his claims in this action. Any
papers that Plaintiff files in response to this order must include the civil action number
on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   xx   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(8)   __   An original and a copy have not been received by the court.
           Only an original has been received.
(9)   xx   other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**

(10)  __   is not submitted
(11)  xx   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
           original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a

copy of this order, two copies of the following forms:  Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915; Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _14th_ day of _September_____, 2009.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  09CV02205

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983

I hereby certify that I have mailed a copy of the **ORDER and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on ___9/15/09___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk